# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                CASE NO.  5:05CR5/MCR/MD

MARK ANTHONY MULLINS

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on  July 24, 2008
Motion/Pleadings: MOTION TO CORRECT
Filed by Defendant   on 7/24/08   Doc.# 143
RESPONSES:
        on        Doc.#
        on        Doc.#

____ Stipulated    ____ Joint Pldg.
____ Unopposed    ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/ Katherine V. Goodman*
Deputy Clerk: Katherine V. Goodman

# ORDER

Upon consideration of the foregoing, it is ORDERED this 28th day of July, 2008, that:

The relief requested is DENIED. Defendant must establish his In Forma Pauperis status on each appeal he files. A separate filing fee applies.

*s/ M. Casey Rodgers*
**M. Casey Rodgers**
*United States District Judge*